FILED
CLERK, U.S. DISTRICT COURT

JUN 1 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only_____

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ZARATE MORAN, | No. CV 07-4029-SGL (PLA) |
| Petitioner, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| JAMES TILTON, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation.  The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.    The report and recommendation is adopted.

2.    Judgment shall be entered consistent with this order.

3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  6 - 12 - 08

_____
HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE