CLERK, U.S. DISTRICT COURT
JUN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ZARATE MORAN, | No. CV 07-4029-SGL (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES TILTON, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6-12-08

HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE